UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

v.

D-1 David Jamaal Brown

    Defendant.
_____/

Case: 2:25−cr−20807
Assigned To : DeClercq, Susan K.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 10/27/2025
Description: INFO USA V. BROWN(AB)

Violation:
18 U.S.C. § 751(a)

# **INFORMATION**

The United States Attorney charges:

### **Count One**
18 U.S.C. § 751(a)
Escape

On or about September 11, 2025, in the Eastern District of Michigan, Southern Division, the defendant, David Jamaal Brown, knowingly escaped from custody in the Cherry Health Community Center in Detroit, Michigan, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Eastern District of Michigan, upon conviction for the commission of Possession of Counterfeit Obligations of the United States, in

violation of Title 18, United States Code, Section 751(a), all in violation of Title 18, United States Code, Section 751(a).

JEROME F. GORGON JR.
United States Attorney

*s/John K. Neal*
John K. Neal
Chief, Anti-Corruption Unit
Assistant United States Attorney

*s/Karen L. Reynolds*
Karen L. Reynolds
Assistant United States Attorney

Date: October 27, 2025

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number 2:25−cr−20807 |
|---|---|---|

**NOTE:** It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes    ☒ No | AUSA's Initials: KLR |

**Case Title:** USA v. David Jamaal Brown

**County where offense occurred:** Wayne

**Check One:**  ☒ Felony    ☐ Misdemeanor    ☐ Petty

 ____Indictment/____Information --- **no** prior complaint.
 ____Indictment/ ✓ Information --- based upon prior complaint [**Case number:** 25-mj-30618 ]
 ____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

October 27, 2025
Date

s/Karen L. Reynolds
Karen L. Reynolds
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: (313) 226- 9672
Fax:
E-Mail address: karen.reynolds@usdoj.gov
Attorney Bar #:

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.